# EXHIBIT 3

```
┌ Bartko, Zankel, Tarrant & Miller  ┐    ┌ Wells Fargo & Company             ┐
  Attn: Edlund, William J.
  One Embarcadero Center
  Suite 800
└ San Francisco, CA   94111         ┘    └                                   ┘
```

## Superior Court of California, County of Alameda
### Rene C. Davidson Alameda County Courthouse

| Wakefield | |
|---|---|
| Plaintiff/Petitioner(s) | No. RG13697146 |
| VS. | |
| Wells Fargo & Company | NOTICE OF HEARING |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

To each party or to the attorney(s) of record for each party herein:

Notice is hereby given that the above-entitled action has been set for:
    Complex Determination Hearing
    Case Management Conference

You are hereby notified to appear at the following Court location on the date and time noted below:

Complex Determination Hearing:
DATE: 11/04/2013    TIME: 02:30 PM    DEPARTMENT: 17
LOCATION: Administration Building, Third Floor
                1221 Oak Street, Oakland

Case Management Conference:
DATE: 12/04/2013    TIME: 02:30 PM    DEPARTMENT: 17
LOCATION: Administration Building, Third Floor
                1221 Oak Street, Oakland

Pursuant to California Rules of Court, Rule 3.400 et seq. and Local Rule 3.250 (Unified Rules of the Superior Court, County of Alameda), the above-entitled matter is set for a Complex Litigation Determination Hearing and Initial Complex Case Management Conference.

Department 17 issues tentative rulings on DomainWeb (www.alameda.courts.ca.gov/domainweb). For parties lacking access to DomainWeb, the tentative ruling must be obtained from the clerk at (510) 267-6933. Please consult Rule 3.30(c) of the Unified Rules of the Superior Court, County of Alameda, concerning the tentative ruling procedures for Department 17.

Counsel or party requesting complex litigation designation is ordered to serve a copy of this notice on all parties omitted from this notice or brought into the action after this notice was mailed.

All counsel of record and any unrepresented parties are ordered to attend this Initial Complex Case Management Conference unless otherwise notified by the Court.

Failure to appear, comply with local rules or provide a Case Management Conference statement may result in sanctions. Case Management Statements may be filed by E-Delivery, by emailing them to the following address:
**EDelivery@alameda.courts.ca.gov**. No fee is charged for this service. For further information,

go to **Direct Calendar Departments** at **http://apps.alameda.courts.ca.gov/domainweb**.

All motions in this matter to be heard prior to Complex Litigation Determination Hearing must be scheduled for hearing in Department 17.

If the information contained in this notice requires change or clarification, please contact the courtroom clerk for Department 17 by e-mail at Dept.17@alameda.courts.ca.gov or by phone at (510) 267-6933.

TELEPHONIC COURT APPEARANCES at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties can make arrangements by calling (888) 882-6878, or faxing a service request form to (888) 883-2946. This service is subject to charges by the vendor.

Dated: 10/01/2013                                          Executive Officer / Clerk of the Superior Court

By  *Cheryl Clark*
                                                                                           Digital
                                                                                   Deputy Clerk

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 10/01/2013.

By  *Cheryl Clark*
                                                                                           Digital
                                                                                   Deputy Clerk

William I. Edlund, State Bar No. 25013
Robert H. Bunzel, State Bar No. 99395
Charles G. Miller, State Bar No. 39272
Sony B. Barari, State Bar No. 243379
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff
KENNISON WAKEFIELD

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

UNLIMITED JURISDICTION — CLASS ACTION

| | |
|---|---|
| KENNISON WAKEFIELD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO ADVISORS, LLC, and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, and DOES 1 through 20,<br><br>Defendants. | Case No. RG13697146<br><br>**PROOF OF SERVICE**<br><br><br>Complaint Filed:   September 26, 2013<br>Trial Date:           None Set |

### PROOF OF SERVICE

I, Toby Emerson, the undersigned, hereby certify and declare:

I am over the age of 18 years and am not a party to the within cause. I am employed in the office of a member of the bar of this Court, at whose direction this service was made. My business address is Bartko, Zankel, Bunzel & Miller, One Embarcadero Center, Suite 800, San Francisco, California 94111.

On October 2, 2013, I served the true copy of the attached document(s) titled exactly:

- **NOTICE OF HEARING**

-1-

on the interested parties in this action as follows:

__X__   **BY MAIL:** I am readily familiar with my employer's mail collection and processing practices, know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail, and know that postage thereon is fully prepaid. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope(s) at Bartko, Zankel, Bunzel & Miller, One Embarcadero Center, Suite 800, San Francisco, California 94111, addressed, sealed and charges prepaid as follows:

Wells Fargo & Company
c/o Agent for Service of Process
Lawyers Incorporating Service
2710 Gateway Oaks Drive
Ste 150N
Sacramento, CA 95833

Wells Fargo Advisors, LLC
c/o Agent for Service of Process
Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

Wells Fargo Advisors Financial Network, LLC
c/o Agent for Service of Process
Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

_____   **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the address designated below.

_____   **BY FEDERAL EXPRESS:** I am readily familiar with my employer's practice for collection and processing of Federal Express courier service mail, and know that said Federal Express courier service mail is collected and deposited with a facility regularly maintained by Federal Express at San Francisco, California on the same day it is deposited in the interoffice mail. Following ordinary business practice, I placed for collection and delivery to Federal Express such envelope(s) at Bartko, Zankel, Bunzel & Miller, One Embarcadero Center, Suite 800, San Francisco, California  94111, addressed, sealed and charges prepaid, marked for next business day delivery as follows:

_____   **BY FACSIMILE:** On October 2, 2013 from my employer's facsimile machine telephone number (415) 956-1152, I transmitted a copy of said document(s) to the following addressee(s) at the following number(s), which is the number last given by that person on a document he or she has filed in this action and served on my employer. The transmission was reported as complete and without error, and a transmission report properly issued by the transmitting machine.

_____   **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

-2-

2437.000/751882.1

PROOF OF SERVICE
Case No. RG13697146

-3-

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 2, 2013 at San Francisco, California.

_____
Toby Emerson

2437.000/751882.1

PROOF OF SERVICE
Case No. RG13697146