1  William I. Edlund, State Bar No. 25013
   wedlund@bzbm.com
2  Robert H. Bunzel, State Bar No. 99395
   rbunzel@bzbm.com
3  Charles G. Miller, State Bar No. 39272
   cmiller@bzbm.com
4  Sony B. Barari, State Bar No. 243379
   sbarari@bzbm.com
5  BARTKO, ZANKEL, BUNZEL & MILLER
   A Professional Law Corporation
6  One Embarcadero Center, Suite 800
   San Francisco, California  94111
7  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152

8

9  Attorneys for Plaintiff
   KENNISON WAKEFIELD

10            UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  KENNISON WAKEFIELD, individually and on )   Case No. C 13-05053
    behalf of all other similarly situated,          )
14                                                    )   **DECLARATION OF SONY B. BARARI**
                                                      )   **IN SUPPORT OF PLAINTIFF**
15                Plaintiff,                           )   **KENNISON WAKEFIELD'S MOTION**
                                                      )   **TO REMAND**
16        v.                                           )
                                                      )
17  WELLS FARGO & COMPANY, WELLS                      )   Date:        February 6, 2014
    FARGO ADVISORS, LLC, and WELLS                    )   Time:        9:30 a.m.
18  FARGO ADVISORS FINANCIAL NETWORK,)                    Courtroom:   C, 15th Floor
    LLC, and DOES 1 through 20,                        )
19                                                    )   The Hon. Magistrate Judge Laurel Beeler
                  Defendants.                          )
20  _____ )

21        I, SONY B. BARARI, hereby declare:

22        1.      I am an associate in the law firm of Bartko, Zankel, Bunzel & Miller, a

23  professional corporation, counsel of record for Plaintiff Kennison Wakefield ("Plaintiff") in the

24  above-captioned action, and am admitted to practice law in the State of California and before this

25  Court.  The facts stated herein are true of my own knowledge, unless otherwise stated, and if called

26  to testify I could and would testify competently to those facts.  I submit this declaration in support

27  of Plaintiff's motion to remand filed herewith.

28

1

2437.000/768229.1            DECLARATION OF SONY B. BARARI IN SUPPORT OF PLAINTIFF KENNISON
                             WAKEFIELD'S  MOTION TO REMAND / Case No. C 13-05053

BARTKO ZANKEL BUNZEL
BARTKO ZANKEL BUNZEL MILLER
One Embarcadero Center, Suite 800
San Francisco, CA  94111
Phone (415) 956-1900 • Fax (415) 956-1152

2.      Attached hereto as **Exhibit A** is a true and correct copy of the brochure titled "Private Client Group 2010 Financial Advisor Compensation Plan" for Wells Fargo Advisors.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the brochure titled "Private Client Group 2009 Financial Advisor Compensation Plan" for Wachovia Securities.

4.      Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the sworn deposition testimony offered by Paula S. Roe, Wells Fargo's Executive Vice President of Compensation and Benefits, taken  October 4, 2007, in *In re Segovia*, 404 B.R. 896 (N.D.Cal. 2009), No. C-08-03075-PJH (Dkt. 6-1).

5.      Attached hereto as **Exhibit D** are true and correct copies of the "Company Highlights" page from Wells Fargo Advisors' website, from 2011, 2012, and 2013.  I accessed the 2011 Company Highlights online at http://web.archive.org/web/20111007202240/https://www.wellsfargoadvisors.com/about-wells-fargo-advisors/company-highlights.htm on November 21, 2013.  I accessed the 2012 Company Highlights online at http://web.archive.org/web/20120906013416/https://www.wellsfargoadvisors.com/about-wells-fargo-advisors/company-highlights.htm on November 21, 2013.  I accessed the 2013 Company Highlights online at https://www.wellsfargoadvisors.com/about-wells-fargo-advisors/company-highlights.htm on November 21, 2013.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on November 26, 2013 in San Francisco, California

_____*/s/ Sony B. Barari*_____
Sony B. Barari

## ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user filing this document, hereby attests that all signatories of this document have concurred in the filing of this document.

_____*/s/ William I. Edlund*_____
William I. Edlund

2437.000/768229.1

DECLARATION OF SONY B. BARARI IN SUPPORT OF PLAINTIFF KENNISON WAKEFIELD'S  MOTION TO REMAND / Case No. C 13-05053

BARTKO ZANKEL BUNZEL
BARTKO ZANKEL BUNZEL MILLER
One Embarcadero Center, Suite 800
San Francisco, CA  94111
Phone (415) 956-1900 • Fax (415) 956-1152