# EXHIBIT D



## Company Highlights

Printer Friendly

Wells Fargo Advisors is a non-bank affiliate of Wells Fargo & Company, providing advisory services, asset management, brokerage services, estate planning strategies, retirement planning, portfolio analysis and monitoring, and other financial services through nearly 19,000 registered representatives.

**Home Office**
1 North Jefferson Ave.
St. Louis, Missouri 63103

**Broker-Dealers Under Wells Fargo & Company**
- Wells Fargo Advisors, LLC
- Wells Fargo Advisors Financial Network, LLC
- First Clearing, LLC
- H.D. Vest Investment Services$^{SM}$

**Retail Client Assets[1]**
$1.2 trillion

**Financial Advisors[1]**
15,194

**Licensed Bankers[1]**
3,795

**Registered Representatives[1]**
18,989

**Correspondent Clearing Firms[1]**
93

**Industry Rank**
- Third-largest full-service provider of retail brokerage services in the U.S. (based on the number of Financial Advisors)
- Third-largest provider of managed accounts (based on assets)

**Areas of Distinction**
- Unique structure that combines the capabilities of a large, national firm with the best practices of several smaller, esteemed firms
- Dedication to Financial Advisors and their relationships with clients
- Unprecedented choice and flexibility for Financial Advisors and their clients through distinct business channels supported by established products, services, and technology

Data as of June 30, 2011

[1]Data is a combination of Wells Fargo Advisors, LLC, Wells Fargo Advisors Financial Network, LLC, First Clearing LLC, and H.D. Investments Services$^{SM}$.

### Get in Touch With Us

For more information, contact your Financial Advisor.

Don't have an advisor or an account?
Call: **(866)224-5708** or

Request A Call

Questions about the Web site?
Email | Call (877) 879-2495
Mon. - Fri.;8 a.m. to 9 p.m. ET

### Financial Reports
- Wells Fargo Advisors Consolidated Statement of Financial Condition (Unaudited) (273KB)
- Wells Fargo Advisors Statement of Financial Condition (Audited) (886KB)

### Related Information
- Facts at a Glance
- Newsroom & media contacts

© 2009-2011 Wells Fargo Advisors, LLC. All rights reserved. Privacy | Security | Legal Disclosures | Site Map | Contact Us | Careers
Investment and Insurance Products:
NOT FDIC-Insured  NO Bank Guarantee  MAY Lose value

Wells Fargo Advisors is the trade name used by two separate registered broker-dealers: Wells Fargo Advisors, LLC and Wells Fargo Advisors Financial Network, LLC, Members SIPC, non-bank affiliates of Wells Fargo & Company.

Links to third-party websites are provided for your convenience and information purposes only. Wells Fargo Advisors is not responsible for the information contained on third party websites.



| Find a Local Office: Enter Zip Go |
|---|
| HOME | CLIENT LOGIN | CONTACT US | NON-US CLIENTS |

**Working With a Financial Advisor** | **Life Stages** | **Financial Solutions** | **Investment Tools & Insights** | **About Us**

- Career Opportunities
- Company Highlights
- Diversity
- Executive Committee
- Financial Literacy for Kids
- National Advertising
- Newsroom

## Company Highlights

 **Printer Friendly**

Wells Fargo Advisors is a non-bank subsidiary of Wells Fargo & Company, providing advisory services, asset management, brokerage services, estate planning strategies, retirement planning, portfolio analysis and monitoring, and other financial services through more than 18,000 registered representatives.

**Home Office**
1 North Jefferson Ave.
St. Louis, Missouri 63103

**Broker-Dealers Under Wells Fargo & Company**
- Wells Fargo Advisors, LLC
- Wells Fargo Advisors Financial Network, LLC
- First Clearing, LLC

**Financial Advisors***
15,170

**Licensed Bankers***
3,216

**Registered Representatives***
18,386

**Correspondent Clearing Firms***
92

**Industry Rank**
- Third-largest full-service provider of retail brokerage services in the U.S. (based on the number of Financial Advisors as of March 31, 2012)
- Third-largest provider of managed accounts (based on assets)

**Areas of Distinction**
- Unique structure that combines the capabilities of a large, national firm with the best practices of several smaller, esteemed firms
- Dedication to Financial Advisors and their relationships with clients
- Unprecedented choice and flexibility for Financial Advisors and their clients through distinct business channels supported by established products, services, and technology

Data as of June 30, 2012

*Data is a combination of Wells Fargo Advisors, LLC; Wells Fargo Advisors Financial Network, LLC; and First Clearing, LLC.

### Get in Touch With Us

For more information, contact your Financial Advisor.

**Don't have an advisor or an account?**
Call: **(866)224-5708** or

Request A Call

**Questions about the Web site?**
Email | Call (877) 879-2495
24 hours a day, 7 days a week

Connect with us: [f]

### Financial Reports
- Wells Fargo Advisors Statement of Financial Condition (Audited) (PDF) (418KB)
- Wells Fargo Advisors Consolidated Statement of Financial Condition (Unaudited) (PDF) (273KB)

### Related Information
- Facts at a Glance (PDF)
- Newsroom & media contacts

© 2009-2012 Wells Fargo Advisors, LLC. All rights reserved. Privacy | Security | Legal Disclosures | Site Map | Contact Us | Careers
Investment and Insurance Products:

| NOT FDIC-Insured | NO Bank Guarantee | MAY Lose value |

Wells Fargo Advisors is the trade name used by two separate registered broker-dealers: Wells Fargo Advisors, LLC and Wells Fargo Advisors Financial Network, LLC, Members SIPC, non-bank affiliates of Wells Fargo & Company. Envision® is a registered service mark of Wells Fargo & Company and used under license.

Links to third-party websites are provided for your convenience and information purposes only. Wells Fargo Advisors is not responsible for the information contained on third party websites.



Find a Local Office: Enter Zip [Go]
HOME | CLIENT LOGIN | CONTACT US | NON-US CLIENTS

**Working With a Financial Advisor** | **Life Stages** | **Financial Solutions** | **Investment Tools & Insights** | **About Us**

- Career Opportunities
- Community Involvement
- Company Highlights
- Diversity
- Executive Committee
- Newsroom

## Company Highlights

 Printer Friendly

Wells Fargo Advisors is a non-bank subsidiary of Wells Fargo & Company, providing advisory services, asset management, brokerage services, estate planning strategies, retirement planning, portfolio analysis and monitoring, and other financial services through more than 18,000 registered representatives.

**Home Office**
1 North Jefferson Ave.
St. Louis, Missouri 63103

**Broker-Dealers Under Wells Fargo & Company**
- Wells Fargo Advisors, LLC
- Wells Fargo Advisors Financial Network, LLC
- First Clearing, LLC

**Financial Advisors***
15,268

**Licensed Bankers***
3,340

**Registered Representatives***
18,608

**Correspondent Clearing Firms***
88

**Industry Rank**
- Third-largest full-service provider of retail brokerage services in the U.S. (based on the number of Financial Advisors as of March 31, 2013)
- Third-largest provider of managed accounts (based on assets as of March 31, 2013)

**Areas of Distinction**
- Unique structure and scale that combines the capabilities and best practices available only through a large, national firm with a client focus more typical of smaller firms
- Dedicated to Financial Advisors and their relationships with clients
- Unprecedented choice and flexibility for Financial Advisors and their clients through distinct business channels supported by established products, services, and technology

Data as of June 30, 2013

*Data is a combination of Wells Fargo Advisors, LLC; Wells Fargo Advisors Financial Network, LLC; and First Clearing, LLC.

### Get in Touch With Us

For more information, contact your Financial Advisor.
Don't have an advisor or an account?
Call: **1-866-224-5708** or

[Request A Call]

**Questions about the Web site?**
Email | Call 1-877-879-2495
24 hours a day, 7 days a week

Connect with us: [Facebook] [LinkedIn]

### Financial Reports
- Wells Fargo Advisors Statement of Financial Condition (Audited) (PDF) (519KB)
- Wells Fargo Advisors Consolidated Statement of Financial Condition (Unaudited) (PDF) (306KB)

### Related Information
- Facts at a Glance (PDF)
- Newsroom & media contacts

---
© 2009-2013 Wells Fargo Advisors, LLC. All rights reserved. Privacy | Security | Legal Disclosures | Site Map | Contact Us | Careers
Investment and Insurance Products:

| NOT FDIC-Insured | NO Bank Guarantee | MAY Lose value |

Wells Fargo Advisors is the trade name used by two separate registered broker-dealers: Wells Fargo Advisors, LLC and Wells Fargo Advisors Financial Network, LLC, Members SIPC, non-bank affiliates of Wells Fargo & Company. Envision® is a registered service mark of Wells Fargo & Company and used under license.

Links to third-party websites are provided for your convenience and information purposes only. Wells Fargo Advisors is not responsible for the information contained on third party websites.