William I. Edlund, State Bar No. 25013
wedlund@bzbm.com
Robert H. Bunzel, State Bar No. 99395
rbunzel@bzbm.com
Charles G. Miller, State Bar No. 39272
cmiller@bzbm.com
Sony B. Barari, State Bar No. 243379
sbarari@bzbm.com
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiff
KENNISON WAKEFIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNISON WAKEFIELD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO ADVISORS, LLC, and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, and DOES 1 through 20,<br><br>Defendants. | Case No. C 13-05053 LB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND**<br><br>Date:           February 6, 2014<br>Time:          9:30 a.m.<br>Courtroom:  C, 15th Floor<br><br>The Hon. Magistrate Judge Laurel Beeler |

**[PROPOSED] ORDER**

The Court, having considered Plaintiff Kennison Wakefield's ("Plaintiff") Notice of Motion and Motion to Remand, the papers submitted, and the arguments of the parties, is of the opinion that said motion to remand should be GRANTED.

IT IS THEREFORE ORDERED that:

This action is remanded to the Superior Court for the County of Alameda, California, pursuant to 28 U.S.C. § 1447(c).

DATED: _____

The Honorable Laura Beeler
Magistrate Judge of the United States District Court