1   TERRY E. SANCHEZ (State Bar No. 101318)
    terry.sanchez@mto.com
2   PUNEET K. SANDHU (State Bar No. 254726)
    puneet.sandhu@mto.com
3   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
4   Thirty-Fifth Floor
    Los Angeles, California 90071-1560
5   Telephone:    (213) 683-9100
    Facsimile:    (213) 687-3702
6
    Attorneys for Defendants WELLS FARGO &
7   COMPANY; WELLS FARGO ADVISORS,
    LLC; and WELLS FARGO ADVISORS
8   FINANCIAL NETWORK, LLC

9                    UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12
    KENNISON WAKEFIELD, individually and        Case No. 3:13-cv-05053-LB
13  on behalf of all other similarly situated,
                                                AMENDED
14              Plaintiff,                       [PROPOSED] ORDER GRANTING
                                                CONTINUANCE OF ALL DATES
15        vs.                                    PENDING MEDIATION

16  WELLS FARGO & COMPANY, WELLS                Judge:    Hon. Laurel Beeler
    FARGO ADVISORS, LLC, and WELLS
17  FARGO ADVISORS FINANCIAL
    NETWORK, LLC and DOES 1 through 20,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

22286885.1                                              3:13-cv-05053-LB
        [PROPOSED] ORDER GRANTING CONTINUANCE OF ALL DATES PENDING MEDIATION

AMENDED

**[~~PROPOSED~~] ORDER**

The Court, having considered the Parties' Joint Stipulation to Continue All Dates Pending Mediation, and good cause appearing therefore, hereby ORDERS that:

Pending deadlines in this matter are continued as set forth below.  The Parties are ordered to file the Stipulation to ADR Process no later than January 9, 2014, as presently scheduled.

| Event | Date |
|---|---|
| Defendant's Opposition to Motion to Remand | Apr. ~~16~~, 2014 <br> April 17, 2014 |
| Plaintiff's Reply in Support of Motion to Remand | Apr. ~~23~~, 2014 <br> April 24, 2014 |
| Last day to meet and confer re: initial disclosures, early settlement, and discovery plan | Apr. ~~9~~, 2014 <br> April 10, 2014 |
| Deadline to file Stipulation to ADR Process | Jan. 9, 2014 |
| Deadline to file Rule 26(f) Report and Case Management Statement | Apr. ~~23~~, 2014 <br> April 24, 2014 |
| Case Management Conference | ~~Apr. 30, 2014~~ <br> May 8, 2014 at 9:30 a.m. |
| Hearing re: Plaintiff's Motion to Remand | ~~May 7, 2014~~ <br> May 8, 2014 at 9:30 a.m. |

DATED: December 9, 2013

_____
The Honorable Laurel Beeler
Magistrate Judge of the United States District Court

[~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF ALL DATES PENDING MEDIATION