TERRY E. SANCHEZ (State Bar No. 101318)
terry.sanchez@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

MALCOLM A. HEINICKE (State Bar No. 194174)
malcolm.heinicke@mto.com
560 Mission St.
Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 644-6929

Attorneys for Defendants WELLS FARGO & COMPANY; WELLS FARGO ADVISORS, LLC; and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNISON WAKEFIELD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO ADVISORS, LLC, and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC and DOES 1 through 20,<br><br>Defendants. | Case No. 3:13-cv-05053-LB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: (i) WITHDRAWAL OF REMAND MOTION AND (ii) BRIEFING SCHEDULE FOR MOTION ON STATUTE OF LIMITATIONS**<br><br>Judge:   Hon. Laurel Beeler |

1     WHEREAS, on October 29, 2013, Defendants Wells Fargo & Co., Wells Fargo
2 Advisors, LLC, and Wells Fargo Financial Network, LLC ("Defendants") removed the above-
3 captioned matter to this Court;

4     WHEREAS, on November 26, 2013, Plaintiff Kennison Wakefield ("Plaintiff")
5 filed a Motion to Remand this matter to state court (Dkt. No. 12);

6     WHEREAS, the Parties then agreed to attempt an early mediation of this matter
7 before a private mediator;

8     WHEREAS, the parties have since jointly stipulated and requested four
9 continuances of all dates in order to continue to engage in settlement and mediation discussions;

10    WHEREAS, the Court has granted the parties' requests for such continuances, (see
11 Dkt. Nos. 18, 25, 30, 36), including most recently on June 11, 2014 (Dkt. No. 36);

12    WHEREAS, pursuant to the Court's June 11, 2014 Order, Defendants' opposition
13 to the Motion to Remand currently is scheduled to be filed on June 19, 2014, and Plaintiff's reply
14 to Defendants' opposition to the Motion to Remand is scheduled to be filed on June 26, 2014, and
15 the hearing on Plaintiff's Motion to Remand is set for July 17, 2014 at 9:30 a.m.;

16    WHEREAS, Plaintiff wishes to withdraw the Motion to Remand (Dkt. 12) because
17 the parties believe and concur that federal jurisdiction pertains to this action under the Class
18 Action Fairness Act, 28 U.S.C. § 1332(d);

19    WHEREAS, the parties have entered into a Memorandum of Understanding that
20 conditionally settles this action and the parties will be working on a definitive settlement
21 agreement, ultimately subject to Court approval.  The Memorandum of Understanding will be
22 provided to the Court's chambers;

23    WHEREAS, the settlement is conditioned upon, and the total settlement
24 consideration will be affected by, the process set forth in the Memorandum of Understanding and
25 the Court's ruling on a motion for summary adjudication concerning the statute of limitations and
26 its applicability to a portion of the members of the putative class;

27    WHEREAS, Defendants will file such motion under F.R.C.P. Rule 56 for summary
28 adjudication within 35 days; and

1    WHEREAS, counsel for Plaintiff has disclosed to counsel for Defendants the
2 contacts of one of the counsel for Plaintiff with the Honorable Magistrate Beeler as described in
3 the attached memorandum and Defendants do not object to this Court's administration of this case.
4    NOW, THEREFORE, the parties stipulate and the Court orders as follows:
5    1.   The Motion to Remand (Dkt. No. 12) is withdrawn with prejudice, and the
6 hearing thereon scheduled for July 17, 2014, at 9:30 a.m., is taken off calendar.
7    2.   There is jurisdiction in this Court pursuant to the Class Action Fairness Act,
8 28 U.S.C. § 1332(d), in that this is an alleged class action where the matter in controversy exceeds
9 $5 million, the number of alleged class members is approximately 135, more than two-thirds of
10 the alleged class members are citizens of California, and no defendant from whom significant
11 relief is sought and whose conduct forms a significant basis for the claims of the alleged class is a
12 citizen of California.  (While defendant Wells Fargo & Co. is headquartered in California, it is
13 named as parent of Wells Fargo Financial Services, LLC, against which all significant relief is
14 sought in the Complaint.)
15    3.   Subject to approval of the Court, the following dates are proposed with
16 respect to the briefing schedule on the summary adjudication motion:

| Event | Date |
|---|---|
| Motion due | July 22, 2014 |
| Opposition due | August 5, 2014 |
| Reply due | August 12, 2014 |
| Hearing date | September 4, 2014 |

22 SO STIPULATED.

1 | DATED: June 18, 2014           MUNGER, TOLLES & OLSON LLP

                                   By:  /s/ *Terry E. Sanchez*
                                        TERRY E. SANCHEZ
                                   Attorneys for Defendants WELLS FARGO &
                                   COMPANY; WELLS FARGO ADVISORS, LLC; and
                                   WELLS FARGO ADVISORS FINANCIAL
                                   NETWORK, LLC

8 | DATED: June 18, 2014           BARTKO, ZANKEL, BUNZEL & MILLER

                                   By:  /s/ *Robert H. Bunzel*
                                        ROBERT H. BUNZEL
                                   Attorneys for Plaintiff Kennison Wakefield

IT IS SO ORDERED.

DATED: _____

                                   _____
                                              LAUREL BEELER
                                   UNITED STATES MAGISTRATE JUDGE

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Robert H. Bunzel.

DATED: June 18, 2014                MUNGER, TOLLES & OLSON LLP

By: ____/s/ *Terry E. Sanchez*____
     TERRY E. SANCHEZ