TERRY E. SANCHEZ (State Bar No. 101318)
terry.sanchez@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

MALCOLM A. HEINICKE (State Bar No. 194174)
malcolm.heinicke@mto.com
560 Mission St.
Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 644-6929

Attorneys for Defendants WELLS FARGO &
COMPANY; WELLS FARGO ADVISORS,
LLC; and WELLS FARGO ADVISORS
FINANCIAL NETWORK, LLC

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNISON WAKEFIELD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO ADVISORS, LLC, and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC and DOES 1 through 20,<br><br>Defendants. | Case No. 3:13-cv-05053-LB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: (i) WITHDRAWAL OF REMAND MOTION AND (ii) BRIEFING SCHEDULE FOR MOTION ON STATUTE OF LIMITATIONS** AS MODIFIED BY THE COURT<br>Judge:    Hon. Laurel Beeler |

WHEREAS, on October 29, 2013, Defendants Wells Fargo & Co., Wells Fargo Advisors, LLC, and Wells Fargo Financial Network, LLC ("Defendants") removed the above-captioned matter to this Court;

WHEREAS, on November 26, 2013, Plaintiff Kennison Wakefield ("Plaintiff") filed a Motion to Remand this matter to state court (Dkt. No. 12);

WHEREAS, the Parties then agreed to attempt an early mediation of this matter before a private mediator;

WHEREAS, the parties have since jointly stipulated and requested four continuances of all dates in order to continue to engage in settlement and mediation discussions;

WHEREAS, the Court has granted the parties' requests for such continuances, (see Dkt. Nos. 18, 25, 30, 36), including most recently on June 11, 2014 (Dkt. No. 36);

WHEREAS, pursuant to the Court's June 11, 2014 Order, Defendants' opposition to the Motion to Remand currently is scheduled to be filed on June 19, 2014, and Plaintiff's reply to Defendants' opposition to the Motion to Remand is scheduled to be filed on June 26, 2014, and the hearing on Plaintiff's Motion to Remand is set for July 17, 2014 at 9:30 a.m.;

WHEREAS, Plaintiff wishes to withdraw the Motion to Remand (Dkt. 12) because the parties believe and concur that federal jurisdiction pertains to this action under the Class Action Fairness Act, 28 U.S.C. § 1332(d);

WHEREAS, the parties have entered into a Memorandum of Understanding that conditionally settles this action and the parties will be working on a definitive settlement agreement, ultimately subject to Court approval. The Memorandum of Understanding will be provided to the Court's chambers;

WHEREAS, the settlement is conditioned upon, and the total settlement consideration will be affected by, the process set forth in the Memorandum of Understanding and the Court's ruling on a motion for summary adjudication concerning the statute of limitations and its applicability to a portion of the members of the putative class;

WHEREAS, Defendants will file such motion under F.R.C.P. Rule 56 for summary adjudication within 35 days; and

WHEREAS, counsel for Plaintiff has disclosed to counsel for Defendants the contacts of one of the counsel for Plaintiff with the Honorable Magistrate Beeler as described in the attached memorandum and Defendants do not object to this Court's administration of this case.

NOW, THEREFORE, the parties stipulate and the Court orders as follows:

1. The Motion to Remand (Dkt. No. 12) is withdrawn with prejudice, and the hearing thereon scheduled for July 17, 2014, at 9:30 a.m., is taken off calendar.

2. There is jurisdiction in this Court pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), in that this is an alleged class action where the matter in controversy exceeds $5 million, the number of alleged class members is approximately 135, more than two-thirds of the alleged class members are citizens of California, and no defendant from whom significant relief is sought and whose conduct forms a significant basis for the claims of the alleged class is a citizen of California. (While defendant Wells Fargo & Co. is headquartered in California, it is named as parent of Wells Fargo Financial Services, LLC, against which all significant relief is sought in the Complaint.)

3. Subject to approval of the Court, the following dates are proposed with respect to the briefing schedule on the summary adjudication motion:

| Event | Date |
|---|---|
| Motion due | July 22, 2014 |
| Opposition due | August 5, 2014 |
| Reply due | August 12, 2014 |
| Hearing date | ~~September 4, 2014~~ |

September 18, 2014

SO STIPULATED.

1    DATED:  June 18, 2014              MUNGER, TOLLES & OLSON LLP

2

3

4                                      By:      /s/ Terry E. Sanchez
                                           TERRY E. SANCHEZ
5                                      Attorneys for Defendants WELLS FARGO &
                                       COMPANY; WELLS FARGO ADVISORS, LLC; and
6                                      WELLS FARGO ADVISORS FINANCIAL
                                       NETWORK, LLC
7

8    DATED:  June 18, 2014              BARTKO, ZANKEL, BUNZEL & MILLER

9

10

11                                     By:      /s/ Robert H. Bunzel
                                           ROBERT H. BUNZEL
12                                     Attorneys for Plaintiff Kennison Wakefield

13

14   IT IS SO ORDERED.

15   DATED:  June 19, 2014

16

17                                          LAUREL BEELER
                                       UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Robert H. Bunzel.

DATED:  June 18, 2014                         MUNGER, TOLLES & OLSON LLP


By:    /s/ *Terry E. Sanchez*
       TERRY E. SANCHEZ