# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| KENNISON WAKEFIELD, | No. C 13-05053 LB |
| Plaintiff, | **ORDER DIRECTING THE PARTIES TO FILE CITED MEMORANDUM** |
| v. | |
| WELLS FARGO & COMPANY et al., | |
| Defendants. | |

The court notes that the parties state in their June 18, 2014 stipulation that they attached to it a memorandum regarding "the contacts of one of the counsel for the plaintiff" with the undersigned. *See* 6/18/2014 Stipulation, ECF no. 37 at 3. The court further notes that the parties did not attach this memorandum to their stipulation. Accordingly, the court directs the parties to file it.

**IT IS SO ORDERED.**

Dated: June 25, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-05053 LB
ORDER