1 | TERRY E. SANCHEZ (State Bar No. 101318)
terry.sanchez@mto.com
2 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
3 | Thirty-Fifth Floor
Los Angeles, California 90071-1560
4 | Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702
5 |
MALCOLM A. HEINICKE (State Bar No. 194174)
6 | malcolm.heinicke@mto.com
560 Mission St.
7 | Twenty-Seventh Floor
San Francisco, CA 94105
8 | Telephone: (415) 512-4000
Facsimile: (415) 644-6929
9 |
Attorneys for Defendants WELLS FARGO &
10 | COMPANY; WELLS FARGO ADVISORS,
LLC; and WELLS FARGO ADVISORS
11 | FINANCIAL NETWORK, LLC

12 | [ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]
13 |

14 |                UNITED STATES DISTRICT COURT

15 |        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16 |

17 | KENNISON WAKEFIELD, WILLIAM              | Case No. 3:13-cv-05053-LB
STONHAUS, individually and on behalf of all |
18 | others similarly situated,                | **STIPULATION RE JOINT STATEMENT
                                              | OF UNDISPUTED FACTS ON
19 |           Plaintiffs,                     | DEFENDANTS' MOTION FOR PARTIAL
                                              | SUMMARY JUDGMENT** : ORDER
20 |    vs.                                    |
                                              | Judge:   Hon. Laurel Beeler
21 | WELLS FARGO & COMPANY, WELLS             |
FARGO ADVISORS, LLC, and WELLS              |
22 | FARGO ADVISORS FINANCIAL                 |
NETWORK, LLC and DOES 1 through 20,         |
23 |                                          |
           Defendants.                        |
24 |

25 |

26 |

27 |

28 |

24119851.1                                                                     3:13-cv-05053-LB
          STIPULATION RE JOINT STATEMENT OF UNDISPUTED FACTS

1        WHEREAS, on July 22, 2014, Defendants Wells Fargo & Co., Wells Fargo
2   Advisors, LLC, and Wells Fargo Financial Network, LLC ("Defendants") will file a motion for
3   partial summary judgment pursuant to the parties' Memorandum of Understanding (lodged with
4   the Court on June 19, 2014) and the Court's order dated June 19, 2014 (Dkt. No. 38);

5        WHEREAS, pursuant to the Court's Standing Order dated April 18, 2014, the
6   parties have agreed upon a joint statement of undisputed facts ("SUF");

7        WHEREAS, some of the facts contained in the SUF will be supported by evidence
8   submitted by Defendants in connection with Defendants' opening brief and some by evidence
9   submitted by Plaintiffs in connection with Plaintiff's opposition brief;

10       WHEREAS, Plaintiffs will not be in a position to finalize their evidence by July 22,
11  2014 but will update the SUF with paragraph and exhibit references to Plaintiffs' evidence at the
12  time Plaintiffs' opposition brief is filed on August 5, 2014;

13       NOW, THEREFORE, the parties stipulate as follows:

14       1.   Each fact contained in the SUF is undisputed and is supported by evidence
15  in the parties' possession.

16       2.   Defendants will file the SUF and their supporting evidence on July 22,
17  2014.

18       3.   Plaintiffs shall then re-file the SUF, along with their supporting evidence on
19  August 5, 2014, and shall support any and all facts in the SUF that are not supported by evidence
20  submitted by Defendants.  No fact within the SUF shall go unsupported.

21       4.   The re-filed SUF shall be the same in form and in content—with the sole
22  exception that Plaintiffs will update the SUF with paragraph and exhibit references to Plaintiffs'
23  evidence—and shall serve to supplant the SUF filed by Defendants on July 22, 2014.  No
24  augmentations, deletions, or other modifications to the substance of the SUF shall be made at the
25  time of the re-filing of the SUF on August 5, 2014.

26

27  SO STIPULATED.

28

| | | |
|---|---|---|
| 1 | DATED: July 21, 2014 | MUNGER, TOLLES & OLSON LLP |
| 4 | | By: ___/s/ *Terry E. Sanchez*___ |
| 5 | | TERRY E. SANCHEZ |
| | | Attorneys for Defendants WELLS FARGO & COMPANY; WELLS FARGO ADVISORS, LLC; and WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC |
| 8 | DATED: July 21, 2014 | BARTKO, ZANKEL, BUNZEL & MILLER |
| 11 | | By: ___/s/ *Robert H. Bunzel*___ |
| 12 | | ROBERT H. BUNZEL |
| | | Attorneys for Plaintiffs Kennison Wakefield and William Stonhaus |

Dated: July 23, 2014

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

IT IS SO ORDERED

Judge Laurel Beeler

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Robert H. Bunzel.

DATED:  July 21, 2014                    MUNGER, TOLLES & OLSON LLP


                                 By:     /s/ *Terry E. Sanchez*
                                         TERRY E. SANCHEZ