# EXHIBIT A

|    | Employee ID | Incentive Bonus Account Balance Market Value on Forfeiture Date | Forfeiture Date |
|----|-------------|---------------------------------------------------------------|-----------------|
| 1  | 378659      | $51,522.74                                                    | 3/31/2005       |
| 2  | 418748      | $58,513.31                                                    | 4/28/2005       |
| 3  | 377642      | $29,157.76                                                    | 6/15/2005       |
| 4  | 377739      | $26,075.27                                                    | 7/15/2005       |
| 5  | 419152      | $26,117.31                                                    | 7/29/2005       |
| 6  | 379062      | $26,371.67                                                    | 10/21/2005      |
| 7  | 1091950     | $10,634.35                                                    | 12/30/2005      |
| 8  | 380429      | $62,635.61                                                    | 4/24/2006       |
| 9  | 349254      | $155,861.41                                                   | 3/16/2007       |
| 10 | 349400      | $465,974.96                                                   | 5/25/2007       |
| 11 | 349286      | $108,158.78                                                   | 6/29/2007       |
| 12 | 380419      | $11,526.82                                                    | 9/21/2007       |
| 13 | 622827      | $2,902.75                                                     | 10/5/2007       |
| 14 | 349200      | $110,535.26                                                   | 10/8/2007       |
| 15 | 417226      | $206,931.18                                                   | 10/19/2007      |
| 16 | 622632      | $17,186.36                                                    | 12/17/2007      |
| 17 | 622833      | $14,224.94                                                    | 12/17/2007      |
| 18 | 380424      | $11,673.78                                                    | 12/31/2007      |
| 19 | 349325      | $119,942.23                                                   | 1/4/2008        |
| 20 | 622636      | $45,364.98                                                    | 1/4/2008        |
| 21 | 622640      | $109,172.00                                                   | 1/11/2008       |
| 22 | 622677      | $38,141.27                                                    | 1/11/2008       |
| 23 | 622641      | $40,935.95                                                    | 1/25/2008       |
| 24 | 374386      | $72,504.67                                                    | 2/15/2008       |
| 25 | 377842      | $191,681.93                                                   | 2/15/2008       |
| 26 | 377993      | $15,328.95                                                    | 2/29/2008       |
| 27 | 380498      | $231,865.11                                                   | 2/29/2008       |
| 28 | 419696      | $182,098.69                                                   | 3/28/2008       |
| 29 | 380956      | $5,561.16                                                     | 3/31/2008       |
| 30 | 417152      | $303,809.34                                                   | 4/18/2008       |
| 31 | 377639      | $57,369.43                                                    | 4/25/2008       |
| 32 | 419717      | $76,077.78                                                    | 5/2/2008        |
| 33 | 350750      | $51,809.98                                                    | 8/28/2008       |
| 34 | 349411      | $32,625.11                                                    | 9/17/2008       |
| 35 | 349136      | $28,052.51                                                    | 9/30/2008       |
| 36 | 349348      | $122,317.95                                                   | 9/30/2008       |
| 37 | 379290      | $690,332.78                                                   | 10/22/2008      |
| 38 | 349393      | $142,705.26                                                   | 11/6/2008       |
| 39 | 349378      | $184,954.34                                                   | 11/14/2008      |
| 40 | 419142      | $50,243.36                                                    | 11/25/2008      |
| 41 | 373739      | $324,519.81                                                   | 12/1/2008       |
| 42 | 377756      | $1,389.16                                                     | 12/1/2008       |
| 43 | 418753      | $8,440.56                                                     | 12/1/2008       |
| 44 | 349414      | $592,117.73                                                   | 12/10/2008      |
| 45 | 349359      | $126,912.65                                                   | 12/11/2008      |
| 46 | 374198      | $61,491.88                                                    | 12/12/2008      |
| 47 | 1067434     | $112,474.99                                                   | 1/7/2009        |
| 48 | 1097154     | $81,878.96                                                    | 1/30/2009       |

| | Employee ID | Incentive Bonus Account Balance Market Value on Forfeiture Date | Forfeiture Date |
|---|---|---|---|
| 49 | 1091586 | $27,330.19 | 2/12/2009 |
| 50 | 1092598 | $59,973.86 | 2/13/2009 |
| 51 | 1097186 | $98,501.24 | 3/20/2009 |
| 52 | 1092555 | $30,577.23 | 3/24/2009 |
| 53 | 1097194 | $2,671.38 | 3/31/2009 |
| 54 | 1091958 | $38,849.25 | 4/1/2009 |
| 55 | 1064249 | $127,908.64 | 4/3/2009 |
| 56 | 1091943 | $417,298.26 | 4/9/2009 |
| 57 | 1066214 | $36,501.19 | 4/15/2009 |
| 58 | 1095462 | $173,772.30 | 4/16/2009 |
| 59 | 1095472 | $92,223.46 | 4/16/2009 |
| 60 | 1096819 | $2,252.29 | 4/21/2009 |
| 61 | 1092283 | $282,235.12 | 4/24/2009 |
| 62 | 1091994 | $5,497.80 | 5/5/2009 |
| 63 | 1091555 | $2,819.63 | 5/7/2009 |
| 64 | 1091681 | $8,942.30 | 5/18/2009 |
| 65 | 1091545 | $11,485.91 | 5/19/2009 |
| 66 | 1091288 | $10,374.61 | 5/20/2009 |
| 67 | 1113283 | $78,731.79 | 5/21/2009 |
| 68 | 1092736 | $65,940.37 | 5/22/2009 |
| 69 | 1092628 | $1,938.41 | 5/28/2009 |
| 70 | 1097193 | $20,212.26 | 5/29/2009 |
| 71 | 1064567 | $23,999.28 | 6/1/2009 |
| 72 | 1113191 | $32,100.97 | 6/5/2009 |
| 73 | 1092579 | $21,099.94 | 6/11/2009 |
| 74 | 1091556 | $2,466.51 | 6/12/2009 |
| 75 | 1113237 | $127,662.49 | 6/18/2009 |
| 76 | 1091303 | $10,617.85 | 6/23/2009 |
| 77 | 1097188 | $13,634.24 | 7/1/2009 |
| 78 | 261712 | $90,721.86 | 7/8/2009 |
| 79 | 452080 | $55,206.67 | 7/8/2009 |
| 80 | 1064568 | $92,319.21 | 8/27/2009 |
| 81 | 1067233 | $248,855.85 | 9/23/2009 |
| | | | SUBTOTAL = $7,812,847.14 |
| 82 | 1066197 | $35,079.56 | 9/28/2009 |
| 83 | 1092559 | $12,834.71 | 9/30/2009 |
| 84 | 1092560 | $6,090.59 | 9/30/2009 |
| 85 | 1096791 | $468,045.11 | 10/28/2009 |
| 86 | 1092164 | $20,144.67 | 10/30/2009 |
| 87 | 1091560 | $3,838.14 | 11/5/2009 |
| 88 | 1091723 | $35,796.61 | 11/20/2009 |
| 89 | 1092653 | $94,736.19 | 11/20/2009 |
| 90 | 1069339 | $61,782.58 | 11/30/2009 |
| 91 | 1092546 | $18,835.22 | 11/30/2009 |
| 92 | 1097658 | $179,012.38 | 12/16/2009 |
| 93 | 1096796 | $3,279.57 | 12/21/2009 |
| 94 | 1064335 | $61,185.51 | 1/4/2010 |
| 95 | 1091871 | $1,924.02 | 1/22/2010 |

| | Employee ID | Incentive Bonus Account Balance Market Value on Forfeiture Date | Forfeiture Date | |
|---|---|---|---|---|
| 96 | 1091888 | $38,179.69 | 1/22/2010 | |
| 97 | 1064280 | $78,639.10 | 4/9/2010 | |
| 98 | 1091603 | $5,334.63 | 4/9/2010 | |
| 99 | 1097246 | $8,413.47 | 4/12/2010 | |
| 100 | 1064566 | $134,117.82 | 4/29/2010 | |
| 101 | 1092442 | $74,940.97 | 8/13/2010 | |
| 102 | 1092287 | $39,053.40 | 8/20/2010 | |
| 103 | 1064465 | $210,062.86 | 11/5/2010 | |
| 104 | 1064449 | $67,896.06 | 12/9/2010 | |
| 105 | 1064558 | $72,363.93 | 1/3/2011 | |
| 106 | 1067254 | $42,663.30 | 1/13/2011 | |
| 107 | 1096837 | $2,073.50 | 1/13/2011 | |
| 108 | 1091679 | $38,232.54 | 1/14/2011 | |
| 109 | 1095480 | $129,034.73 | 1/21/2011 | |
| 110 | 1064254 | $25,650.06 | 1/28/2011 | |
| 111 | 1064246 | $4,190.25 | 3/9/2011 | |
| 112 | 1091693 | $125,867.83 | 4/1/2011 | |
| 113 | 1091461 | $2,031.89 | 4/15/2011 | |
| 114 | 1097621 | $15,952.47 | 4/15/2011 | |
| 115 | 184818 | $10,188.89 | 6/7/2011 | |
| 116 | 257138 | $54,110.52 | 6/7/2011 | |
| 117 | 1091813 | $67,433.88 | 6/8/2011 | |
| 118 | 440614 | $7,570.61 | 6/10/2011 | |
| 119 | 1064020 | $326.58 | 6/30/2011 | |
| 120 | 1097691 | $248,776.94 | 7/1/2011 | |
| 121 | 1097692 | $214,402.89 | 7/1/2011 | |
| 122 | 1091666 | $29,248.14 | 8/17/2011 | |
| 123 | 309741 | $65,539.92 | 9/2/2011 | |
| 124 | 388876 | $205,884.63 | 9/2/2011 | |
| 125 | 1092703 | $1,839.78 | 9/2/2011 | |
| 126 | 265473 | $254,270.13 | 9/21/2011 | |
| 127 | 296160 | $49,917.80 | 10/7/2011 | |
| 128 | 1092281 | $177,290.74 | 10/7/2011 | |
| 129 | 1092314 | $180,227.01 | 10/7/2011 | |
| 130 | 1092426 | $68,307.31 | 10/7/2011 | |
| 131 | 1096820 | $156,523.84 | 10/28/2011 | |
| 132 | 1064404 | $9,233.40 | 10/31/2011 | |
| | | | SUBTOTAL = | $3,918,376.37 |
| 133 | 1092291 | $521,581.04 | 2/3/2012 | |
| 134 | 1064251 | $23,198.34 | 2/17/2012 | |
| 135 | 766269 | $5,509.06 | 7/5/2012 | |
| 136 | 1092047 | $76,267.21 | 8/3/2012 | |
| 137 | 1091234 | $160,947.12 | 10/12/2012 | |
| 138 | 1113195 | $17,423.03 | 10/26/2012 | |
| | | | SUBTOTAL = | $804,925.80 |
| | | | GRAND TOTAL = | $12,536,149.31 |