UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KENNISON WAKEFIELD, et al.,<br><br>        Plaintiffs,<br>    v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>        Defendants.<br>_____/ | No. C 13-05053 LB<br><br>**ORDER APPROVING THE PARTIES' USE OF LANGUAGE FROM THE PROPOSED NOTICE TO CLASS MEMBERS**<br><br>[Re: ECF No. 75] |

The court's Order Granting Preliminary Approval of Class Action Settlement instructs: "Any Class Member who wishes to object to the settlement and/or to be heard at the fairness hearing must electronically file with or deliver to the Clerk of the Court a written notice of objection by March 17, 2015. Each such objection must include the following: (1) the name, address, and telephone number of the Settlement Class Member; (2) documents or testimony sufficient to establish membership in the Settlement Class; and (3) a detailed statement of any objection asserted, including the grounds therefor and reasons, if any, and for requesting the opportunity to appear and be heard at the fairness hearing." Order, ECF No. 74 at 13. The parties have now pointed out to the court that their Proposed Notice to Class Members, however, requested that, in addition to filing objections with the court, objections also be sent, faxed, or emailed to Class Counsel and the Claims Administrator. *See* Proposed Notice to Class Members, ECF No. 68-1 at 49; Letter to Court, ECF No. 75. The parties thus wish to include the requirement that objections also be sent, faxed, or emailed to Class Counsel and the Claims Administrator in the Notice to Class Members. *See* Letter to Court, ECF No. 5.

C13-05053 LB
ORDER

Upon consideration of their request, it is granted.

**IT IS SO ORDERED.**

Dated: January 7, 2015

_____
LAUREL BEELER
United States Magistrate Judge